GEORGE MOORE v. STATE OF NEBRASKA.

FILED JULY 3, 1903.   No. 13,119.

Gaming at Public House: INFORMATION. An information under section 217 of the criminal code must set out the names of the parties allowed to play the games complained of, if known to the prosecutor, or allege that they are unknown if such is the fact.

ERROR to the district court for Custer county: HOMER M. SULLIVAN, DISTRICT JUDGE. Reversed.

Alpha Morgan, Adolphus R. Talbot, Thomas S. Allen, Nathan T. Gadd and Charles H. Holcomb, for plaintiff in error.

Frank N. Prout, Attorney General, Norris Brown and J. R. Dean, for the state.

DUFFIE, C.

The plaintiff in error was informed against under section 217 of the criminal code for allowing games to be played at a saloon of which he was the proprietor. The information does not name the parties who were allowed to play, nor does it allege that such parties are unknown. He was convicted and fined, and now prosecutes error. Sections 216 and 217 of our criminal code were copied from an Ohio statute, approved March 12, 1831. At an early day the supreme court of Ohio held that an "indictment for permitting gambling must recite the parties, or allege that they are unknown," Davis v. State, 7 Ohio,

205. It is true that the indictment in that case was brought under the section corresponding to section 216 of our criminal code, but it is apparent that the same necessity existed for naming the parties, if known, in a charge brought under section 217 as when brought under the preceding section. The highest court of the state from which the statute was adopted having passed upon the question, the presumption obtains that the legislature of this state in adopting the statute did so in the light of the construction given it by the supreme court of Ohio from which it was borrowed.

The information was defective in the respect named, and we recommend a reversal of the judgment.

POUND and KIRKPATRICK, CC., concur.

By the Court: For the reasons stated in the foregoing opinion, the judgment of the district court is

REVERSED.